In the Matter of the Application of HOMER C. BECK, Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act against EZRA BRIDGE, as Superintendent of Iola Sanatorium, etc., Respondent, Reviewing the Determination of Respondent Dismissing Petitioner from the Position of Storekeeper at Iola Sanatorium, Monroe County, New York.— Determination confirmed, without costs. All concur. (Proceeding transferred to this court under article 78 of the Civil Practice Act to review the determination of the respondent in discharging peti-

tioner from his position at Iola Sanatorium.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.